THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR G. HAIGHT, Appellant, *v.* JOHN J. BROWN, as President of the Village of White Plains, et al., Respondents.

(Submitted December 13, 1915; decided December 17, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 674.)

---

CHARLES H. SEELEY, as Receiver of SIDNEY VALVE AND SUPPLY COMPANY, Appellant, *v.* PRENTISS TOOL AND SUPPLY COMPANY, Respondent.

(Submitted December 13, 1915; decided December 17, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 687.)